IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICHARD E. SELLS,

    Plaintiff,

v.                                              CASE NO. 1:14-cv-135-MP-GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

This Social Security appeal is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* and the Affidavit of Financial Status attached to the motion.  (Doc. 3.) Plaintiff represents that he is unable to make prepayment of the fees and costs of pursuing this action and therefore requests that the Court authorize him to proceed *in forma pauperis*.

Pursuant to 28 U.S.C. § 1915, the Court "*may* authorize the commencement, prosecution or defense of any suit, action or proceeding . . .  without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets."  (Emphasis added.)  The Court has carefully reviewed the Affidavit of Financial Status submitted by Plaintiff and concludes that Plaintiff has *not* met the burden of showing that he is unable to pay the filing fees and costs associated with pursuing this action.

The Affidavit of Financial Status discloses that Plaintiff has a total of $30,200 in

cash, consisting of $200 cash on hand, and $30,000 in accounts at Bank of America and USAA.  In addition, Plaintiff owns a 2014 Chrysler Town & Country van, valued at $30,000 with only $18,000 owed on the vehicle. While the equity in the vehicle cannot be used to pay the filing fee, Plaintiff's cash on hand and in bank accounts are liquid assets more than sufficient to pay the $400 filing fee.  Although Plaintiff also discloses that he has various debts, the Court concludes that afer consideration of Plaintiff's financial status he has the financial means to pay the $400 filing fee.

Based upon the foregoing information disclosed by the Plaintiff on his Affidavit of Financial Status, the Court finds that Plaintiff has not met his burden of showing that he is unable to pay the filing fees and costs associated with pursuing his claim in this Court. Therefore, the Court concludes that Plaintiff's Motion To Proceed *In Forma Pauperis* (Doc. 3) should be denied.

Accordingly, the undersigned **RESPECTFULLY RECOMMENDS** that Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 3) should be denied, and Plaintiff should be directed to pay the $400 filing fee within ten days of the entry of the order addressing this report and recommendation, failing which his complaint should be dismissed.

**IN CHAMBERS**, at Gainesville, Florida, this 1st day of August, 2014.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge